UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

**CIVIL ACTION NO. 10-148-DLB**

**ALPHONZO R. MORTON**                                           **PETITIONER**

vs.                  <u>**ORDER AND JUDGMENT**</u>

**COOKIE CREWS, WARDEN**                               **RESPONDENT**
**Kentucky State Reformatory**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the March 27, 2012 Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 20) wherein he recommends that Petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) pursuant to 28 U.S.C. § 2254 be denied because the claims are either procedurally defaulted, without merit, or not cognizable in a federal habeas corpus action. No objections to the R&R having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration.[1]

The Court having reviewed the entire record and the R&R, and concluding that the R&R is sound in all respects, including the recommended disposition, and being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that:

(1)     the Report and Recommendation of the United States Magistrate Judge (Doc. # 20) is hereby **ADOPTED** as the findings of fact and conclusions of

---

[1] Petitioner's objections were due April 13, 2012. However, out of an abundance of caution and due to Petitioner's pro se status, the Court waited an additional ten days for Petitioner to file objections.

law of the Court;

(2) Alphonzo R. Morton's Petition for Writ of Habeas Corpus (Doc. # 1) pursuant to 28 U.S.C. § 2254 is hereby **DENIED**;

(3) This matter is hereby **DISMISSED** and **STRICKEN** from the docket of the Court; and

(4) That for the reasons set forth in the Magistrate Judge's R&R, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, no certificate of appealability shall issue.

This 23rd day of April, 2012.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\ORDERS\Lexington\10-148 Order adopting R&R.wpd